IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NORMAN BARON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 17-cv-03588 |
| v. | ) ) | Hon. Thomas M. Durkin |
| ROUNDY'S SUPERMARKETS, INC. and ROUNDY'S ILLINOIS, LLC d/b/a Mariano's, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Norman Baron and Defendants Roundy's Supermarkets, Inc. and Roundy's Illinois, LLC, by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal of this action, and all individual and class claims asserted in this action, without prejudice.

**SO STIPULATED**.

Dated: November 6, 2017

Respectfully Submitted,

By: /s/Mark A. Bulgarelli
Mark A. Bulgarelli
Ilan Chorowsky
PROGRESSIVE LAW GROUP LLC
1570 Oak Avenue, Suite 103
Evanston, IL 60201
Phone: (312) 787-2717

*Counsel for Plaintiff*

By: /s/Peter E. Peterson
Diane Webster
Daniel K. Ryan
Steven M. Puiszis
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312) 704-3000

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on this 6th day of November, 2017 to counsel of record for all parties that have appeared in this proceeding.

                                                /s/ Mark A. Bulgarelli, Esq.